UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ELKE ANNA MARIE COVEY,<br><br>Defendant. | NO: 13-CR-130-RMP<br><br>ORDER GRANTING MOTION TO WITHDRAW FELONY GUILTY PLEA AND ORDER ACCEPTING GUILTY PLEA TO INFORMATION SUPERSEDING INDICTMENT |
|---|---|

BEFORE THE COURT is the Defendant's Motion to Withdraw Felony Guilty Plea with Intent to Plead to Misdemeanor Lesser Included Offense, ECF No. 41. Defendant requests that she be permitted to withdraw from her felony guilty plea entered on December 13, 2013. Defendant explains that in the course of the preparation of the presentence investigation report, defense counsel learned that Ms. Covey's biological parents were both foreign born. Although Ms. Covey's mother subsequently married an American soldier, it is unclear whether Ms. Covey has derivative citizenship as a result of that marriage. Thus, defense counsel explains that a felony conviction could subject her to deportation, a fact

ORDER GRANTING MOTION TO WITHDRAW FELONY GUILTY PLEA AND ORDER ACCEPTING GUILTY PLEA TO INFORMATION SUPERSEDING INDICTMENT ~ 1

that Defendant and defense counsel were unable to appreciate at the time of Ms. Covey's felony guilty plea.

The Defendant thus seeks to withdraw from her felony guilty plea and instead plead guilty to the misdemeanor offense of Theft of Government Money under $1,000. The Government indicated that it did not oppose this course of action. The Court therefore determines that the Defendant shall be permitted to withdraw from her felony guilty plea and instead enter the following misdemeanor guilty plea: Theft of Government Money Under $1,000.00 in violation of 18 U.S.C. § 641.

The Court finds that Defendant's plea of guilty to the Information Superseding Indictment, filed July 3, 2014, charging Defendant with Theft of Government Money Under $1,000.00 in violation of 18 U.S.C. § 641 is voluntary and not induced by fear, coercion, or ignorance. The Court further finds that this plea is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, the consequences of a guilty plea, and that the facts admitted to by Defendant in open court constitute the essential elements of the charged crime. Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Withdraw Plea of Guilty, **ECF No. 41**, is **GRANTED**.

2. Defendant's plea of guilty to the Information Superseding Indictment is accepted.

3. All pending pretrial motions, if any, are **DENIED AS MOOT**.

4. All previously set court dates, including the trial date, are **STRICKEN**.

The District Court Clerk is hereby directed to enter this order and provide copies to counsel.

**DATED** this 3rd day of July 2014.


        *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION TO WITHDRAW FELONY GUILTY PLEA AND ORDER ACCEPTING GUILTY PLEA TO INFORMATION SUPERSEDING INDICTMENT ~ 3